UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KENT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.C. DAVIS MEDICAL CENTER, et al.,<br><br>　　　　　　Defendants. | No.  2:15-cv-1924 WBS AC P<br><br><br>ORDER |

　　　By order filed August 10, 2016, plaintiff's complaint was dismissed and he was given thirty days to file an amended complaint.  ECF No. 17.  Thirty days from that date have now passed and plaintiff has not filed an amended complaint or otherwise responded to the court's order.  Plaintiff shall be given an additional thirty days to file an amended complaint.  Failure to comply with this order and file an amended complaint will result in a recommendation that this case be dismissed.

　　　Accordingly, IT IS HEREBY ORDERED that plaintiff shall have thirty days from service of this order to file an amended complaint.  Failure to comply will result in a recommendation that this action be dismissed.

DATED: September 26, 2016

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE