UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KENT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.C. DAVIS MEDICAL CENTER, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1924 WBS AC P<br><br><br>ORDER |

　　　　The parties have submitted a signed stipulation for dismissal of defendants Anderson and Schuber. ECF No. 38. The stipulation states that dismissal is to be with prejudice. Id. at 1. Plaintiff's signature is provided on the following page. Id. at 2. However, the signature page also contains the proposed order, which states that the parties stipulate to dismissal without prejudice while ordering dismissal with prejudice. Id. In order to ensure that the record is clear as to plaintiff's intent in agreeing to the dismissal of these defendants, the current stipulation will be denied without prejudice to submission of a stipulation and proposed order that uniformly represents whether the claims against defendants Anderson and Schuber are to be dismissed with or without prejudice.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that the stipulation for dismissal of defendants Anderson and Schuber is dismissed without prejudice.

DATED: October 26, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE