UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KENT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.C. DAVIS MEDICAL CENTER, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1924 WBS AC P<br><br><br>ORDER |

By order filed October 27, 2017, the parties' stipulation to dismiss defendants Anderson and Schuber was denied without prejudice because it was unclear whether dismissal was to be with or without prejudice. ECF No. 39. The parties have now submitted a revised stipulation that clarifies that dismissal is to be with prejudice. ECF No. 40. However, plaintiff's electronic signature does not comply with the requirements of Local Rule 131(f) and the stipulation will be denied without prejudice to resubmission of a properly signed stipulation.

Accordingly, IT IS HEREBY ORDERED that the revised stipulation for dismissal of defendants Anderson and Schuber (ECF No. 40) is denied without prejudice.

DATED: November 1, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE