1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  PETER A. MESHOT, State Bar No. 117061
   Supervising Deputy Attorney General
3  NICOLE L. ROMAN, State Bar No. 267730
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-7663
6   Fax:  (916) 322-8288
    E-mail:  Nicole.Roman@doj.ca.gov
7  *Attorneys for Defendants B. Anderson,
   D. Schuber, and Dr. R. Rudas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD KENT,** | 2:15-cv-1924-WBS-AC-P |
| Plaintiff, | **SECOND REVISED STIPULATION FOR DISMISSAL OF B. ANDERSON AND D. SCHUBER AND [PROPOSED] ORDER** |
| v. | |
| **U.C. DAVIS MEDICAL CENTER, et al.,** | Action Filed:  January 31, 2017 |
| Defendants. | |

The parties, having read the Court's Order dated October 27, 2017 (Document Number 39), hereby resubmit the Stipulation for Dismissal of B. Anderson and D. Schuber.  The parties hereby confirm that it is, and was, their intent to stipulate to dismissal of B. Anderson and D. Schuber <u>with prejudice</u>.  The Proposed Order attached hereto has been corrected to accurately reflect the parties' intention.

IT IS HEREBY STIPULATED, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, by and between Plaintiff Ronald Kent, in pro per, and Defendants B. Anderson and D. Schuber, by and through their attorney of record, that any and all claims against B. Anderson and D. Schuber arising from this action, be dismissed with prejudice.

1

IT IS SO STIPULATED.

Dated: October 30, 2017                                PLAINTIFF IN PRO PER

                                                       */s/ Ronald Kent /s/*

                                        *(Original Signature retained by attorney Nicole L. Roman)*

                                                       RONALD KENT

Dated:  October 27, 2017                               Respectfully submitted,

                                                       XAVIER BECERRA
                                                       Attorney General of California
                                                       PETER A. MESHOT
                                                       Supervising Deputy Attorney General

                                                       */s/ Nicole Roman /s/*

                                                       NICOLE L. ROMAN
                                                       Deputy Attorney General
                                                       *Attorneys for Defendants B. Anderson,
                                                       D. Schuber, and Dr. R. Rudas*

## ORDER

The stipulation of the parties to dismiss the action against defendants B. Anderson and D. Schuber, with prejudice, including any and all claims against these two defendants arising from this action, having been read and considered;

**IT IS HEREBY ORDERED** that any and all claims against Defendants B. Anderson and D. Schuber are dismissed with prejudice.

DATED: November 2, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE