UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KENT, | No. 2:15-cv-1924 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| U.C. DAVIS MEDICAL CENTER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 9, 2018, defendant Rudas filed a motion for summary judgment. ECF No. 52. Instead of responding to the motion, plaintiff filed an amended complaint. ECF No. 54. The amended complaint was stricken from the record and plaintiff was given twenty-one days to respond to the summary-judgment motion. ECF No. 56. Twenty-one days have now passed and plaintiff has failed to file a response. Plaintiff will be given one more opportunity to respond to the motion and is cautioned that failure to respond to the motion for summary judgment will result in a recommendation that this case be dismissed for failure to prosecute.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of service of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a

////

////

1

statement of non-opposition.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: June 4, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE